# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 07-3299

———————

Charles A. Abeyta,                                     *
                                                      *
            Appellant,                                *
                                                      *    Appeal from the United States
     v.                                               *    District Court for the
                                                      *    Eastern District of Arkansas.
Richard Plant, Dr., East Arkansas                     *
Regional Unit, ADC; Roland Anderson,                  *    [UNPUBLISHED]
Arkansas Department of Correction,                     *
                                                      *
            Appellees.                                *

———————

Submitted: November 10, 2008
Filed: December 17, 2008

———————

Before MURPHY, BYE, and BENTON, Circuit Judges.

———————

PER CURIAM.

Charles Abeyta challenges the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful de novo review of the record on appeal, *see Ramlet v. E.F. Johnson Co.*, 507 F.3d 1149, 1152 (8th Cir. 2007) (standard of review), we affirm. *See* 8th Cir. R. 47B.

—————————————————

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.